IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JAMES BLAKNEY,

    Petitioner,

v.                                        CIVIL ACTION NO.: 3:20-CV-114
                                              (GROH)

J.R. BELL, ACTING WARDEN,

    Respondent.

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On July 6, 2020, the *pro se* Petitioner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF. No. 1.  On that same date, the Clerk issued a notice of deficient pleading and intent to dismiss.  ECF No. 3.  The notice advised the pleading was not on a Court-approved form, that the case would be dismissed within twenty-one days from the date of the notice.  Id.  On July 9, 2020, service was accepted for the notice.  ECF No. 4.

More than twenty-one days have elapsed since acceptance of service for the Notice of Deficient Pleading, however, Petitioner has not re-filed the petition, as directed.  Accordingly, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: August 17, 2020

                                                                    GINA M. GROH
                                                                     CHIEF UNITED STATES DISTRICT JUDGE